**Fill in this information to identify the case:**

Debtor name: Relativity Media, LLC
United States Bankruptcy Court for the Southern District of New York
Case number: 18-11358

☐ Check if this is an amended filing

# Official Form 204

### Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 50 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| 1 | Carat USA<br>Scott Hughes<br>2700 Pennsylvania Ave 2nd Floor<br>Santa Monica, CA 90404 | Carat USA<br>Scott Hughes<br>PHONE: 917-326-7676<br>FAX:<br>EMAIL: scott.hughes@dentsuaegis.com | Trade | Contingent | $0.00 | | $10,661,144.68 |
| 2 | Jones Day<br>Todd Geremia<br>250 Vesey Street<br>New York, NY 10281-1047 | Jones Day<br>Todd Geremia<br>PHONE: 212.326.3429<br>FAX: 212.755.7306<br>EMAIL: trgeremia@jonesday.com | Professional Services | | $0.00 | | $8,157,483.64 |
| 3 | RED<br>Kevin McDonald<br>c/o EuropaCorp USA<br>345 N Maple Dr. Ste. 123<br>Beverly Hills, CA 90210 | RED<br>Kevin McDonald<br>PHONE: 310-205-0255<br>FAX:<br>EMAIL: kmcdonald@europacorp.com | Trade | Disputed | $0.00 | | $6,270,751.50 |
| 4 | Heatherden Securities LLC<br>David Miller<br>40 West 57Th St.<br>New York, NY 10019 | Heatherden Securities LLC<br>David Miller<br>PHONE: 212-974-6000<br>FAX:<br>EMAIL: Keith.Wofford@ropesgray.com | Professional Services | | $0.00 | | $5,844,000.00 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| 5 | Skadden, Arps, Slate, Meagher & Flom LLP
Van C. Durrer, II
300 S. Grand Ave., Suite 3400
Los Angeles, CA 90071 | Skadden, Arps, Slate, Meagher & Flom LLP
Van C. Durrer, II
PHONE: 213.687.5200
FAX: 213.621.5200
EMAIL: van.durrer@skadden.com | Professional Services | | $0.00 | | $3,856,031.00 |
| 6 | Ryan Kavanaugh
Address on file | | Former Employee Compensation | Disputed | $0.00 | | $3,762,244.00 |
| 7 | Sheppard, Mullin, Richter & Hampton LLP
David Sunkin
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071-1422 | Sheppard, Mullin, Richter & Hampton LLP
David Sunkin
PHONE: 213.617.4252
FAX: 213.443.2750
EMAIL: dsunkin@sheppardmullin.com | Professional Services | | $0.00 | | $3,383,887.77 |
| 8 | Kasima LLC
Attention: Chief Executive Officer
c/o Digital Cinema Implementation Partners, LLC
One International Blvd.
9th Floor
Mahwah, NJ 07495 | Kasima LLC
Attention: Chief Executive Officer
PHONE:
FAX: 201-252-4215
EMAIL: | Trade | Contingent and Unliquidated | $0.00 | | $2,747,350.00 |
| 9 | Adam Fields
c/o Gregory P. Korn
Kinsella Weitzman Iser Kump & Aldisert LLP
808 Wilshire Boulevard
Third Floor
Santa Monica, CA 90401 | Adam Fields
c/o Gregory P. Korn
PHONE: 310-566-9807
FAX: 310-566-9877
EMAIL: gkorn@kwikalaw.com | Litigation | Unliquidated | $0.00 | | $2,560,073.30 |
| 10 | Macquarie
c/o Samuel A. Newman
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197 | Macquarie
c/o Samuel A. Newman
PHONE: 213.229.7644
FAX: 213.229.6644
EMAIL: snewman@gibsondunn.com | Professional Services | | $0.00 | | $2,219,420.71 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim(for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| 11 | Litigation Trust c/o Togut Segal Frank A. Oswald One Penn Plaza Suite 3335 New York, NY 10119 | Litigation Trust Frank A. Oswald PHONE:  212-594-5000 FAX: 212-967-4258 EMAIL: frankoswald@teamtogut.com | Professional Services | | $0.00 | | $1,970,000.00 |
| 12 | HYFN, Inc. Attention President or General Counsel 1235 Hermosa Ave. Ste. 300 Hermosa Beach, CA 90254 | HYFN, Inc. Attention President or General Counsel PHONE: 310-971-9300 FAX: EMAIL: | Trade | Contingent and Unliquidated | $0.00 | | $1,945,394.86 |
| 13 | Cinedigm Digital Cinema Corp Gregory S. Loffredo 902 Broadway 9th Floor New York, NY 10010 | Cinedigm Digital Cinema Corp Gregory S. Loffredo PHONE: 424 281 5400 FAX: EMAIL: gloffredo@cinedigm.com | Trade | Contingent and Unliquidated | $0.00 | | $1,668,543.00 |
| 14 | US Trustee Serene K. Nakano Office of United States Trustee SDNY 201 Varick Street New York, NY 10014 | US Trustee Serene K. Nakano PHONE: (212) 668-2255 FAX: (212) 510-0500 EMAIL: serene.nakano@usdoj.gov | US Trustee Fees | Contingent | $0.00 | | $1,320,000.00 |
| 15 | Left Behind Investments Attention President or General Counsel 1 St. Paul Street Suite 701 St. Catharines, ON L2R 7L Canada | Left Behind Investments Attention President or General Counsel PHONE: FAX: EMAIL: scott@ollawood.com | Trade | | $0.00 | | $1,052,473.00 |
| 16 | Carol Genis Address on file | | Former Employee Compensation | | $0.00 | | $1,007,308.00 |
| 17 | International Alliance of Theatrical Stage Employees (IATSE) Joe Kohanski c/o Bush Gottlieb 801 N. Brand Blvd Suite 950 Glendale, CA 91203 | International Alliance of Theatrical Stage Employees (IATSE) Joe Kohanski PHONE: 818-973-3253 FAX: 818-973-3201 EMAIL: jkohanski@bushgottlieb.com | Trade | | $0.00 | | $940,956.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim(for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| 18  Dana Brunetti c/o Don Steele 450 N. Roxbury Drive 8th Floor Beverly Hills, CA 90210-4222 | Dana Brunetti c/o Don Steele PHONE: 310-248-3114 FAX: 310-276-8310 EMAIL: ds@hjth.com | Employee | | $0.00 | | $906,277.00 |
| 19  Togut, Segal & Segal LLP Frank A. Oswald One Penn Plaza Suite 3335 New York, NY 10119 | Togut, Segal & Segal LLP Frank A. Oswald PHONE: 212-594-5000 FAX: 212-967-4258 EMAIL: frankoswald@teamtogut.com | Professional Services | | $0.00 | | $891,284.13 |
| 20  Black White, LLC Attention: Jasa McCall C/O TREEHOUSE FILMS, LLC 4450 LAKESIDE DRIVE, STE.225 BURBANK, CA 91505 | Black White, LLC Attention: Jasa McCall PHONE: FAX: EMAIL: Jasa@treehousefilms.net | Trade | | $0.00 | | $779,342.00 |
| 21  Browne George Ross, LLP Eric George 2121 Avenue of the Stars Suite 2800 Los Angeles, CA 90067 | Browne George Ross, LLP Eric George PHONE: 310.274.7100 FAX: 310.275.5697 EMAIL: egeorge@bgrfirm.com | Professional Services | Disputed | $0.00 | | $536,855.37 |
| 22  Alvarez & Marsal Hamish Allanson 540 West Madison Street Suite 1800 Chicago, IL 60661 | Alvarez & Marsal Hamish Allanson PHONE: 312 601 4220 FAX: 312 332 4599 EMAIL: hamish.allanson@alvarezandmarsal.com | Professional Services | | $0.00 | | $526,295.94 |
| 23  Guild's Counsel Joe Kohanski c/o Bush Gottlieb 801 N. Brand Blvd Suite 950 Glendale, CA 91203 | Guild's Counsel Joe Kohanski PHONE: 818-973-3253 FAX: 818-973-3201 EMAIL: jkohanski@bushgottlieb.com | Professional Services | Unliquidated | $0.00 | | $500,000.00 |
| 24  Fishbowl, LLC Attention: James W. Hale 751 Fairfax Ave. Los Angeles, CA 90046 | Fishbowl, LLC Attention: James W. Hale PHONE: 310-550-1111 FAX: EMAIL: jim@fishbowlfilms.net | Trade | | $0.00 | | $464,149.00 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim(for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| 25 | Deluxe Digital Cinema, Inc. Attention President or General Counsel File #56477 Los Angeles, CA 90074 | Deluxe Digital Cinema, Inc. Attention President or General Counsel PHONE: FAX: EMAIL: | Trade | | $0.00 | | $451,824.45 |
| 26 | Regal Entertainment Group - Attn: Film Division Attention: Robert Engel P.O. Box 844360 Los Angeles, CA 90084 | Regal Entertainment Group - Attn: Film Division Attention: Robert Engel PHONE: 865-925-9412 FAX: EMAIL: Bob.Engel@regalcinemas.com | Trade | | $0.00 | | $384,500.00 |
| 27 | Workshop Creative LLC Attention: Robert Myers 9006 Melrose Ave West Hollywood, CA 90069 | Workshop Creative LLC Attention: Robert Myers PHONE: 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 FAX: EMAIL: robm@workshopcreative.net | Trade | | $0.00 | | $383,782.50 |
| 28 | Ken Halsband Address on file | | Employee | | $0.00 | | $350,769.00 |
| 29 | Robert Keach c/o Bernstein Shur 100 Middle Street PO Box 9729 Portland, ME 04104-5029 | Robert Keach c/o Bernstein Shur PHONE: 207 228-7334 FAX: 207 774-1127 EMAIL: rkeach@bernsteinshur.com | Professional Services | | $0.00 | | $315,646.47 |
| 30 | GDC Digital Cinema Network (USA), LLC Jason Shin 1016 West Magnolia Blvd. Burbank, CA 91506 | GDC Digital Cinema Network (USA), LLC Jason Shin PHONE: 818-824-6440 FAX: 877-643-2872 EMAIL: jason.shin@gdc-tech.com | Trade | Contingent and Unliquidated | $0.00 | | $312,469.00 |
| 31 | Cinedigm Digital Cinema Corp dba Pavilion Theatre Attention President or General Counsel 55 Madison Ave. Suite 300 Morristown, NJ 07960 | Cinedigm Digital Cinema Corp dba Pavilion Theatre Attention President or General Counsel PHONE: FAX: EMAIL: | Trade | Contingent and Unliquidated | $0.00 | | $291,666.00 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| 32 | Taft Stettinius & Hollister LLP<br>Jack J. Hagerty<br>111 East Wacker Suite 2800<br>Chicago, IL 60601 | Taft Stettinius & Hollister LLP<br>Jack J. Hagerty<br>PHONE: (312) 836-4055<br>FAX: (312) 966-8481<br>EMAIL: jhagerty@taftlaw.com | Professional Services | Contingent | $0.00 | | $256,308.94 |
| 33 | QNO, LLC<br>Hamish Allanson<br>11401 Chalon Rd.<br>Los Angeles, CA 90049 | QNO, LLC<br>Hamish Allanson<br>PHONE:<br>FAX:<br>EMAIL: | Trade | Disputed | $0.00 | | $250,000.00 |
| 34 | Story Pictures<br>Brent Almond<br>23852 Pacific Coast Highway<br>Suite 465<br>Malibu, CA 90265 | Story Pictures<br>Brent Almond<br>PHONE: 310-788-0021<br>FAX:<br>EMAIL: | Trade | Disputed | $0.00 | | $250,000.00 |
| 35 | Buddha Jones<br>Attention President or General Counsel<br>1714 Ivar Ave<br>Hollywood, CA 90028 | Buddha Jones<br>Attention President or General Counsel<br>PHONE: 323-962-5100<br>FAX:<br>EMAIL: marinam@buddha-jones.com | Trade | | $0.00 | | $248,350.00 |
| 36 | Screen Actors Guild (SAG)<br>Joe Kohanski<br>c/o Bush Gottlieb<br>801 N. Brand Blvd<br>Suite 950<br>Glendale, CA 91203 | Screen Actors Guild (SAG)<br>Joe Kohanski<br>PHONE: 818-973-3253<br>FAX: 818-973-3201<br>EMAIL: jkohanski@bushgottlieb.com | Trade | | $0.00 | | $239,610.00 |
| 37 | American Film Market & Conference (AFM)<br>Joe Kohanski<br>c/o Bush Gottlieb<br>801 N. Brand Blvd<br>Suite 950<br>Glendale, CA 91203 | American Film Market & Conference (AFM)<br>Joe Kohanski<br>PHONE: 818-973-3253<br>FAX: 818-973-3201<br>EMAIL: jkohanski@bushgottlieb.com | Trade | | $0.00 | | $208,563.00 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim(for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| 38 | Drinker Biddle<br>Robert K. Malone<br>600 Campus Dr.<br>Florham Park, NJ 07932-1047 | Drinker Biddle<br>Robert K. Malone<br>PHONE: (973) 549-7080<br>FAX: (973) 360-9831<br>EMAIL: robert.malone@dbr.com | Professional Services | | $0.00 | | $200,045.95 |
| 39 | Kasowitz, Benson, Torres & Friedman LLP<br>Andrew Glenn<br>1633 Broadway<br>New York, NY 10019 | Kasowitz, Benson, Torres & Friedman LLP<br>Andrew Glenn<br>PHONE: (212) 506-1747<br>FAX: (212) 506-1800<br>EMAIL: aglenn@kasowitz.com | Professional Services | | $0.00 | | $196,192.90 |
| 40 | Viacom<br>Christa A. D'Alimonte<br>1515 Broadway<br>New York, NY 10036 | Viacom<br>Christa A. D'Alimonte<br>PHONE: 212-258-6000<br>FAX:<br>EMAIL: christa.d' alimonte@viacom.com | Trade | | $0.00 | | $192,968.20 |
| 41 | Christie Digital Systems USA<br>John M. Kline and Richard Wallace<br>10550 Camden Drive<br>Cypress, CA 90630 | Christie Digital Systems USA<br>John M. Kline and Richard Wallace<br>PHONE: 714-236-8610<br>FAX: 714-503-3385<br>EMAIL: Jack.Kline@christiedigital.com; Richard.Wallace@christiedigital.com | Trade | Contingent and Unliquidated | $0.00 | | $184,320.00 |
| 42 | Concept Arts Studios, Inc.<br>Attention President or General Counsel<br>4201 Wilshire Blvd<br>5th Floor<br>Los Angeles, CA 90010 | Concept Arts Studios, Inc.<br>Attention President or General Counsel<br>PHONE: 323-461-3696<br>FAX:<br>EMAIL: frontdesk@conceptarts.com | Trade | | $0.00 | | $150,000.00 |
| 43 | Reid Rogers<br>Address on file | | Employee | | $0.00 | | $143,077.00 |
| 44 | Brett Dahl<br>Address on file | | Employee | | $0.00 | | $143,077.00 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim(for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| 45 | National Research Group, Inc dba NRG Attention President or General Counsel 5780 W Jefferson Los Angeles, CA 90016 | National Research Group, Inc dba NRG Attention President or General Counsel PHONE: 323-406-6200 FAX: EMAIL: inquiry@nrgmr.com | Trade | | $0.00 | | $140,250.00 |
| 46 | Mob Scene LLC Attention President or General Counsel 5750 Wilshire Blvd Suite 530 Los Angeles, CA 90036 | Mob Scene LLC Attention President or General Counsel PHONE: 323-648-7200 FAX: EMAIL: brett.abbey@mobscene.com | Trade | | $0.00 | | $129,533.50 |
| 47 | Allied Integrated Marketing Attention President or General Counsel 55 Cambridge Parkway, Ste.200 Cambridge, MA 02142 | Allied Integrated Marketing Attention President or General Counsel PHONE: FAX: 617-292-7900 EMAIL: jmatzkin@psh.com | Trade | | $0.00 | | $126,790.62 |
| 48 | Market Force Information Inc Attention: CMS AR Post Office Box 270355 Louisville, CO 80027 | Market Force Information Inc Attention: CMS AR PHONE: 303-536-1924 FAX: 303.402.6915 EMAIL: | Trade | | $0.00 | | $121,343.60 |
| 49 | Technicolor Creative Services USA Inc. Attention President or General Counsel 1631 Gardena Avenue Glendale, CA 91204 | Technicolor Creative Services USA Inc. Attention President or General Counsel PHONE: 818-500-9090 FAX: 818-500-4099 EMAIL: | Trade | | $0.00 | | $120,255.75 |
| 50 | Sony Electronics Inc Esperanza Mendez 16530 Via Esprillo San Diego, CA 92127 | Sony Electronics Inc Esperanza Mendez PHONE: 858-942-8503 FAX: 858-942-8186 EMAIL: esperanza.mendez@am.sony.com | Trade | | $0.00 | | $113,700.00 |

## DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned authorized and designated signatory for the limited liability companies named as the debtors in attached **Schedule A** (the "Debtors"), declare under penalty of perjury that, upon a review of the Debtors' books and records, I have a reasonable belief that the consolidated list of the Debtors' top 50 general unsecured creditors is true and correct.

By: */s/ Colin M. Adams*
Name: Colin M. Adams
Title: Chief Restructuring Officer

**SCHEDULE A**

**List of Debtors**

| Entity | Case Number | Entity | Case Number |
| --- | --- | --- | --- |
| Relativity Fashion, LLC | 18-11291 | RML Acquisitions I, LLC | 18-11329 |
| RML Distribution Domestic, LLC | 18-11292 | RML Acquisitions II, LLC | 18-11330 |
| Rogue Digital, LLC | 18-11301 | RML Acquisitions III, LLC | 18-11331 |
| 3 Days to Kill Productions, LLC | 18-11302 | RML Acquisitions IV, LLC | 18-11332 |
| 21 & Over Productions, LLC | 18-11304 | RML Acquisitions IX, LLC | 18-11333 |
| Armored Car Productions, LLC | 18-11305 | RML Acquisitions V, LLC | 18-11334 |
| Best of Me Productions, LLC | 18-11306 | RML Acquisitions VI, LLC | 18-11335 |
| Black or White Films, LLC | 18-11307 | RML Acquisitions VII, LLC | 18-11336 |
| Blackbird Productions, LLC | 18-11308 | RML Acquisitions VIII, LLC | 18-11337 |
| Brick Mansions Acquisitions, LLC | 18-11309 | RML Acquisitions X, LLC | 18-11338 |
| Don Jon Acquisitions, LLC | 18-11310 | RML Acquisitions XI, LLC | 18-11339 |
| DR Productions, LLC | 18-11311 | RML Acquisitions XIII, LLC | 18-11340 |
| Furnace Films, LLC | 18-11312 | RML Desert Films, LLC | 18-11341 |
| Malavita Productions, LLC | 18-11313 | RML Distribution International, LLC | 18-11342 |
| Movie Productions, LLC | 18-11314 | RML Echo Films, LLC | 18-11343 |
| Paranoia Acquisitions, LLC | 18-11315 | RML Film Development, LLC | 18-11344 |
| Phantom Acquisitions, LLC | 18-11316 | RML Hector Films, LLC | 18-11345 |
| Relative Motion Music, LLC | 18-11317 | RML International Assets, LLC | 18-11346 |
| Relative Velocity Music, LLC | 18-11318 | RML November Films, LLC | 18-11347 |
| Relativity Development, LLC | 18-11319 | RML Oculus Films, LLC | 18-11348 |
| Relativity Films, LLC | 18-11320 | RML Romeo and Juliet Films, LLC | 18-11350 |
| Relativity Foreign, LLC | 18-11321 | RML Turkeys Films, LLC | 18-11351 |
| Relativity Holdings LLC | 18-11322 | RML WIB Films, LLC | 18-11352 |
| Relativity Jackson, LLC | 18-11323 | RMLDD Financing, LLC | 18-11353 |
| Relativity Media Distribution, LLC | 18-11324 | Rogue Games, LLC | 18-11354 |
| Relativity Media Films, LLC | 18-11325 | Roguelife LLC | 18-11355 |
| Relativity Music Group, LLC | 18-11326 | Safe Haven Productions, LLC | 18-11356 |
| Relativity Production LLC | 18-11327 | Snow White Productions LLC | 18-11357 |
| Relativity Rogue, LLC | 18-11328 | Relativity Media, LLC | 18-11358 |