**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RELATIVITY MEDIA, LLC, *et al.*,[1] | Case No. 18-11358 (MEW) |
| Debtors. | (Jointly Administered) |

**ORDER AUTHORIZING THE DEBTORS TO OBTAIN TAIL**
**INSURANCE TO CONTINUE PREPETITION INSURANCE COVERAGE**
**AND PAY OBLIGATIONS RELATING THERETO**

Upon *Debtors' Motion for an Order Authorizing the Debtors to Obtain Tail Insurance to Continue Prepetition Insurance Coverage and Pay Obligations Relating Thereto* (the "**Motion**")[2]; and upon consideration of the First Day Declarations, the Adams Tail Insurance Declaration, and the *Supplemental Declaration in Support of Debtors' Motion for an Order Authorizing the Debtors to Obtain Tail Insurance to Continue Prepetition Insurance Coverage and Pay Obligations Relating Thereto* [Docket No. 60]; and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of these chapter 11 cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors and other parties in interest; and it appearing that proper and adequate notice of the Motion has been given and that, except as otherwise ordered herein, no other or

---

[1] Each of the Debtors in the above-captioned jointly administered chapter 11 cases and their respective tax identification numbers are set forth (a) in the *Order (A) Authorizing the Joint Administration of their Chapter 11 Cases and (B) Waiving Requirements of Section 342(C)(1) of the Bankruptcy Code and Bankruptcy Rule 2002(n)* [Docket No. 5] and (b) at https://cases.primeclerk.com/relativity. The location of Relativity Media, LLC's corporate headquarters and the Debtors' service address is: 9242 Beverly Blvd #300, Beverly Hills, CA 90210.

[2] All capitalized terms used but otherwise not defined herein shall have the meanings set forth in the Motion.

further notice is necessary; and based on the record at a hearing conducted this same day (the "Hearing"); and after due deliberation thereon; and good and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The Debtors are authorized, in their sole discretion, to enter into the D&O Tail Policies on the terms described in the supplemental declaration admitted into evidence at the Hearing and during exchanges with counsel at the Hearing, and pay any premiums or other costs related thereto.

3. The Debtors are authorized to take all steps necessary to carry out this Order.

4. Nothing contained herein or in the Motion is intended to be or shall be construed as (a) an admission as to the validity of any claim against the Debtors, (b) a waiver of the Debtors' or any appropriate party in interest's rights to dispute any claim, or (c) an approval or assumption of any agreement, contract, program, policy, or lease under section 365 of the Bankruptcy Code. Likewise any payment made pursuant to this Order is not intended to be and shall not be construed as an admission to the validity of any claim or a waiver of the Debtors' rights to dispute such claim subsequently.

5. Notwithstanding entry of this Order, nothing herein shall create, nor is intended to create, any rights in favor of or enhance the status of any claim held by any party.

6. Notwithstanding any applicability of Bankruptcy Rule 6004(h), the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7. Notwithstanding anything to the contrary contained herein, any payment to be made, or authorization contained, hereunder shall be subject to such payment being in accordance with the Approved Budget.

8. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

9. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated: New York, New York
      May 16, 2018

                                                        _s/Michael E. Wiles_
                                             THE HONORABLE MICHAEL E. WILES
                                             UNITED STATES BANKRUPTCY JUDGE