Justin E. Rawlins (admitted *pro hac vice*)
Daniel J. McGuire (admitted *pro hac vice*)
Carrie V. Hardman
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Tel: (212) 294-6700
Fax: (212) 294-4700

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RELATIVITY MEDIA, LLC, *et al.*,[1] | Case No. 18-11358 (MEW) |
| Debtors. | (Jointly Administered) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
### ON DECEMBER 18, 2018 AT 11:00 A.M. (ET)

**PLEASE TAKE NOTICE** that a hearing (the "Hearing") has been scheduled for December 18, 2018 at 11:00 AM (Eastern Time) before the Honorable Michael E. Wiles in Courtroom 617, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that an agenda for the Hearing is set forth below. Copies of each pleading identified below can be viewed on the Court's website at www.nysb.uscourts.gov and the website of the Debtors' proposed notice and claims agent, Prime Clerk LLC, at https://cases.primeclerk.com/relativity.

---

[1] Each of the Debtors in the above-captioned jointly administered chapter 11 cases and their respective tax identification numbers are set forth (a) in the *Order (A) Authorizing the Joint Administration of their Chapter 11 Cases and (B) Waiving Requirements of Section 342(C)(1) of the Bankruptcy Code and Bankruptcy Rule 2002(n)* [Docket No. 5] and (b) at https://cases.primeclerk.com/relativity.  The location of Relativity Media, LLC's corporate headquarters and the Debtors' service address is: 9242 Beverly Blvd #300, Beverly Hills, CA 90210.

**HEARING AGENDA**
**DECEMBER 18, 2018 AT 11:00 AM (ET)**

I.    **FEE APPLICATIONS**

1.  *Second Interim Fee Application of M-III Partners as Provider of Interim Management Services for the Debtors and Debtors in Possession for the Period From August 1, 2018 Through October 31, 2018* [Docket No. 606]

    Response Deadline:      Pursuant to the *Order Authorizing the Establishment of Certain Notice, Case Management and Administrative Procedures* [Docket No. 221] and the *Notice of Hearing on Second Interim Applications for Allowance of Compensation for Professionals Services Rendered and Reimbursement of Expenses* [Docket No. 612], the deadline to object was December 11, 2018 at 4:00 PM ET.

    Responses Received:     *None*

    Related Documents:

        a.  *Notice of Hearing on Second Interim Applications for Allowance of Compensation for Professionals Services Rendered and Reimbursement of Expenses* [Docket No. 612]

        b.  *Certificate of No Objection Under 28 U.S.C. 1746 Regarding Interim Fee Applications* [Docket No. 632]

    Status:     The hearing on this motion will proceed.

2.  *Second Application of Robins Kaplan LLP, as Counsel to the Official Committee of Unsecured Creditors for Interim Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses for the Period of August 1, 2018 through and Including September 30, 2018* [Docket No. 610]

    Response Deadline:      Pursuant to the *Order Authorizing the Establishment of Certain Notice, Case Management and Administrative Procedures* [Docket No. 221] and the *Notice of Hearing on Second Interim Applications for Allowance of Compensation for Professionals Services Rendered and Reimbursement of Expenses* [Docket No. 612], the deadline to object was December 11, 2018 at 4:00 PM ET.

    Responses Received:     *None*

Related Documents:

    a.   *Notice of Hearing on Second Interim Applications for Allowance of Compensation for Professionals Services Rendered and Reimbursement of Expenses* [Docket No. 612]

    b.   *Declaration of Thomas G. FitzGerald in Support of Second Application of Robins Kaplan LLP, as Counsel to the Official Committee of Unsecured Creditors for Interim Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses for the Period of August 1, 2018 through and Including September 30, 2018* [Docket No. 621]

    c.   *Certificate of No Objection Under 28 U.S.C. 1746 Regarding Interim Fee Applications* [Docket No. 632]

Status:     The hearing on this motion will proceed.

3.   *Second Application of Winston & Strawn LLP, as Counsel to the Debtors, for Interim Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses for the Period August 1, 2018 Through and Including October 31, 2018* [Docket No. 611]

Response Deadline:     Pursuant to the *Order Authorizing the Establishment of Certain Notice, Case Management and Administrative Procedures* [Docket No. 221] and the *Notice of Hearing on Second Interim Applications for Allowance of Compensation for Professionals Services Rendered and Reimbursement of Expenses* [Docket No. 612], the deadline to object was December 11, 2018 at 4:00 PM ET.

Responses Received:     *None*

Related Documents:

    a.   *Notice of Hearing on Second Interim Applications for Allowance of Compensation for Professionals Services Rendered and Reimbursement of Expenses* [Docket No. 612]

    b.   *Certificate of No Objection Under 28 U.S.C. 1746 Regarding Interim Fee Applications* [Docket No. 632]

Status:     The hearing on this motion will proceed.

3

## II.    RELIEF FROM STAY MOTION

4. **Continued Hearing on Carol Genis' Motion for Relief from Stay**. *Motion for Relief from the Automatic Stay* [Docket No. 577]

> Response Deadline:        Pursuant to the *Order Authorizing the Establishment of Certain Notice, Case Management and Administrative Procedures* [Docket No. 221] and the *Notice of Rescheduling of November 14, 2018 Hearing to November 16, 2018 at 11:00 AM (ET)* [Docket No. 584], the deadline to object was November 9, 2018 at 4:00 PM ET.

> Responses Received:

> a. *Opposition of Official Committee of Unsecured Creditors to Motion for Relief from Stay Filed by Carol Genis* [Docket No. 587]

> b. *Declaration of Scott F. Gautier in Support of Opposition of Official Committee of Unsecured Creditors to: (1) Motion for Relief from Stay Filed by Carol Genis; and (2) Motion for Entry of an Order Modifying the Automatic Stay, to the Extent Applicable, to Permit Payment of Defense Costs Under the Directors & Officer Policy Filed by Steven Mnuchin* [Docket No. 589]

> c. *Reply in Support of Motion for Relief from Stay* [Docket No. 594]

> d. *Supplemental Brief in Support of Motion for Relief from Stay* [Docket No. 627]

> e. *Declaration of Hamid R. Rafatjoo in Support of Supplemental Brief in Support of Motion for Relief from Stay* [Docket No. 628]

> f. *Supplemental Opposition of the Official Committee of Unsecured Creditors to Motion for Relief from Stay and Supplemental Brief in Support of Motion for Relief from Stay* [Docket No. 630]

> Related Documents:        *None*

> Status:    The continued hearing on this motion will proceed.

## III.    ADJOURNED MATTERS

5. **Continued Hearing on Certain Cure and Assumption and Assignment Objections**. *Notice of Adjournment and Continued Hearing on Certain Cure and Assumption and Assignment Objections* [Docket No. 549]

<u>Response Deadline</u>:    Pursuant to the Notice [Docket No. 549], the deadline to object has passed.

<u>Responses Received</u>:    See chart below; see also *Statement and Reservation of Rights of the Official Committee of Unsecured Creditors to the Debtors' Notice of (I) Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale and (II) Associated Cure Costs* [Docket No. 400].

<u>Status</u>:    See chart below

## The Assumption and Cure Objections

| Name | Dkt. No. | Contract Nos. | Status |
|------|----------|---------------|--------|
| IATM, Inc. | 363 | 1542-1548 | Continued to January 29, 2019 at 11:00 AM (ET) |
| WWE Studios, Inc. | 362 | 3882 | Resolved pursuant to prior stipulation [Docket No. 383] |
| Kevin Costner, BlackWhite, LLC and Tig Films, Inc. | 367 | 445-457, 1771-1773 | Continued to January 29, 2019 at 11:00 AM (ET) |
| Steven Soderbergh and Populist Pictures, Inc. | 410 | 2500, 2503, 3250 | Continued to January 29, 2019 at 11:00 AM (ET) |
| Tarsem Singh and Oedipus Productions, Inc. | 413 | 2331, 2332, 2333, 2334, 3340 | Continued to January 29, 2019 at 11:00 AM (ET) |
| UME | 423 | 3604-3608, 3610, 3611, 3613-3626, 3630 | Partial resolution has been reached, and the parties are working to resolve the remaining issues; the hearing with respect to the remaining unresolved issues is continued to January 29, 2019 at 11:00 AM (ET) |
| Viacom | 433 | 2452, 2453, 3255, 3694, 3695 | Continued to January 29, 2019 at 11:00 AM (ET) |
| Paramount | 433 | 2435, 2436, 2437, 2438, 2439, 2440, 2448 | Continued to January 29, 2019 at 11:00 AM (ET) |
| Informal objection by Sony Music Entertainment | | 3147, 3150-3155, 3159, 3161-3168, 3170, 3171, 3174-3177, 3179-3187, 3189, 3190 | Continued to January 29, 2019 at 11:00 AM (ET) |

| Name | Dkt. No. | Contract Nos. | Status |
|---|---|---|---|
| Informal objection by Walt Disney Pictures | | 3778-3782 | Resolution pending. Until such time as Walt Disney Pictures' objection is withdrawn or otherwise disposed of or consensually resolved, such matter is continued to January 29, 2019 at 11:00 AM (ET) |
| Informal objection by Twentieth Century Fox Film Corporation | | 3524 | Continued to January 29, 2019 at 11:00 AM (ET) |

6. **[Chapter 11 Case No. 15-11989-MEW] Motion to Dismiss Case No. 15-11989**. *Motion for an Order Converting These Cases Under Chapter 7 of the Bankruptcy Code or, Alternatively, Dismissing These Chapter 11 Cases* [Case No. 15-11989; Docket No. 2330]

Status:    At the November 16, 2018 hearing, it was agreed that the status conference on this motion will be further adjourned to January 29, 2019 at 11:00 AM (ET).

Dated:    December 14, 2018          **WINSTON & STRAWN LLP**
New York, NY

By:    */s/ Carrie V. Hardman*
Justin E. Rawlins (admitted *pro hac vice*)
Daniel J. McGuire (admitted *pro hac vice*)
Carrie V. Hardman
200 Park Avenue
New York, NY 10166
Tel: (212) 294-6700
Fax: (212) 294-4700

*Counsel to the Debtors and Debtors in Possession*