Justin E. Rawlins (admitted *pro hac vice*)
Daniel J. McGuire (admitted *pro hac vice*)
Carrie V. Hardman
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Tel: (212) 294-6700
Fax: (212) 294-4700

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RELATIVITY MEDIA, LLC, *et al.*,[1] | Case No. 18-11358 (MEW) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING**
**ON JANUARY 29, 2019 AT 11:00 A.M. (ET)**

**PLEASE TAKE NOTICE** that a hearing (the "Hearing") has been scheduled for **January 29, 2019 at 11:00 AM (Eastern Time)** before the Honorable Michael E. Wiles in Courtroom 617, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that an agenda for the Hearing is set forth below. Copies of each pleading identified below can be viewed on the Court's website at www.nysb.uscourts.gov and the website of the Debtors' proposed notice and claims agent, Prime Clerk LLC, at https://cases.primeclerk.com/relativity.

---

[1] Each of the Debtors in the above-captioned jointly administered chapter 11 cases and their respective tax identification numbers are set forth (a) in the *Order (A) Authorizing the Joint Administration of their Chapter 11 Cases and (B) Waiving Requirements of Section 342(C)(1) of the Bankruptcy Code and Bankruptcy Rule 2002(n)* [Docket No. 5] and (b) at https://cases.primeclerk.com/relativity. The location of Relativity Media, LLC's corporate headquarters and the Debtors' service address is: 9242 Beverly Blvd #300, Beverly Hills, CA 90210.

**HEARING AGENDA**
**JANUARY 29, 2019 AT 11:00 AM (ET)**

**A. CLAIM OBJECTIONS**

1. **Hearing on First Omnibus Claims Objections.** *Debtors' First Omnibus Objections to Certain Claims (Books and Records)* [Docket No. 655].

    Response Deadline: The response deadline was January 22, 2019 at 4:00 p.m. ET.

    Responses Received:

    a. *Response of Illinois Department of Revenue to First Omnibus Objection to Claims 58 Against Relativity Holdings, LLC* [Docket No. 665].

    Status: The hearing on this matter will be going forward.

2. **Hearing on Second Omnibus Claims Objection.** *Debtors' Second Omnibus Objection to Certain Claims (Late Filed Trade Claims; Trade Claims for Reclassification)* [Docket No. 656].

    Response Deadline: The response deadline was January 22, 2019 at 4:00 p.m. ET.

    Responses Received:

    a. *Response of Grand Slam Music Inc. to Second Omnibus Objection to Certain Claims [Dkt. 656] in Defense of Claims No. 59, 60, & 62* [Docket No. 675].

    Status: The hearing on this matter will be going forward.

3. **Hearing on Third Omnibus Claims Objection.** *Debtors' Third Omnibus Objection to Certain Claims (Claims of RM Bidder LLC)* [Docket No. 657].

    Response Deadline: The response deadline was January 22, 2019 at 4:00 p.m. ET.

    Responses Received:

    a. *Informal response received from RM Bidder LLC.*

    Status: The Debtors and RM Bidder LLC have reached a resolution in principle relating to this claim objection and expect to file a proposed stipulation for consideration in advance of this hearing.

B. **CONFIRMATION HEARING**

4. **Hearing on Confirmation of Second Amended Joint Plan of Liquidation**. *Notice of Filing of Second Amended Joint Plan of Liquidation and Related Disclosure Statement* [Docket No. 635]

   <u>Response Deadline</u>:    The response deadline was January 18, 2019 at 4:00 p.m. ET.

   <u>Responses Received</u>:

   a. *Limited Objection and Conditional Notice of Election Under Section 365(N) of the Bankruptcy Code of Entertainment One Ltd.* [Docket No. 670].

   <u>Related Documents</u>:

   a. *Disclosure Statement for Debtors' and Creditors' Committee's Second Amended Joint Liquidating Plan Under Chapter 11 of the Bankruptcy Code* [Docket No. 634].

   b. *Debtors' and Creditors' Committee's Second Amended Joint Liquidating Plan Under Chapter 11 of the Bankruptcy Code* [Docket No. 633].

   c. *Notice of Filing of Second Amended Plan and Related Disclosure Statement* [Docket No. 635].

   d. *Order (I) Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures With Respect to Confirmation of Debtors' and the Creditors' Committee's Joint Plan of Liquidation, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates With Respect Thereto, and (V) Granting Related Relief* [Docket No. 636].

   e. *Notice of Hearing to Consider Confirmation of Debtors' and Creditors' Committee's Second Amended Joint Liquidating Plan Under Chapter 11 of the Bankruptcy Code* [Docket No. 637].

   f. *Affidavit of Service of Solicitation Materials* [Docket No. 646].

   g. *Affidavit of Publication* [Docket No. 658].

   h. *Notice of Plan Supplement* [Docket No. 648].

   i. *Notice of Filing of Corrected Exhibit B to Plan Supplement* [Docket No. 650].

3

    j. *Notice of Filing of Proposed Liquidating Trustee's Declaration in Support of Plan and Plan Supplement* [Docket No. 663].

    k. *Debtors' Memorandum of Law in Support of Confirmation of Debtors' and Creditor's Committee's Second Amended Joint Liquidating Plan Under Chapter 11 of the Bankruptcy Code* [Docket No. 671].

    l. *Declaration of Colin M. Adams in Support of Confirmation of the Debtors' and the Creditor's Committee's Second Amended Joint Liquidating Plan Under Chapter 11 of the Bankruptcy Code* [Docket No. 672].

    m. *Declaration of James Daloia of Prime Clerk LLC Regarding the Solicitation of Votes and Tabulation of Ballots Case on the Debtors' and Creditor's Committee's Second Amended Joint Liquidating Plan Under Chapter 11 of the Bankruptcy Code* [Docket No. 676].

    Status:    The hearing will be going forward.

## C. STATUS CONFERENCE

5. **[Chapter 11 Case No. 15-11989-MEW] Motion to Dismiss Case No. 15-11989**. *Motion for an Order Converting These Cases Under Chapter 7 of the Bankruptcy Code or, Alternatively, Dismissing These Chapter 11 Cases* [Case No. 15-11989; Docket No. 2330]

    Status:    The status conference on this matter will be going forward.

## D. ADJOURNED (OR RESOLVED) MATTERS

6. **Continued Hearing on Certain Cure and Assumption and Assignment Objections**. *Notice of Adjournment and Continued Hearing on Certain Cure and Assumption and Assignment Objections* [Docket No. 549]

    Response Deadline:    Pursuant to the Notice [Docket No. 549], the deadline to object has passed.

    Responses Received:    See chart below; see also *Statement and Reservation of Rights of the Official Committee of Unsecured Creditors to the Debtors' Notice of (I) Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale and (II) Associated Cure Costs* [Docket No. 400].

    Status:    See chart below

4

**The Assumption and Cure Objections**

| Name | Dkt. No. | Contract Nos. | Status |
| --- | --- | --- | --- |
| IATM, Inc. | 363 | 1542-1548 | Continued to March 19, 2019 at 11:00 AM (ET) |
| Kevin Costner, BlackWhite, LLC and Tig Films, Inc. | 367 | 445-457, 1771-1773 | Continued to March 19, 2019 at 11:00 AM (ET) |
| Steven Soderbergh and Populist Pictures, Inc. | 410 | 2500, 2503, 3250 | Continued to March 19, 2019 at 11:00 AM (ET) |
| Tarsem Singh and Oedipus Productions, Inc. | 413 | 2331, 2332, 2333, 2334, 3340 | Continued to March 19, 2019 at 11:00 AM (ET) |
| UME | 423 | 3604-3608, 3610, 3611, 3613-3626, 3630 | Partial resolution has been reached, and the parties are working to resolve the remaining issues; the hearing with respect to the remaining unresolved issues is continued to March 19, 2019 at 11:00 AM (ET) |
| Viacom | 433 | 2452, 2453, 3255, 3694, 3695 | Continued to March 19, 2019 at 11:00 AM (ET) |
| Paramount | 433 | 2435, 2436, 2437, 2438, 2439, 2440, 2448 | Continued to March 19, 2019 at 11:00 AM (ET) |
| Informal objection by Sony Music Entertainment | | 3147, 3150-3155, 3159, 3161-3168, 3170, 3171, 3174-3177, 3179-3187, 3189, 3190 | Continued to March 19, 2019 at 11:00 AM (ET) |
| Informal objection by Walt Disney Pictures | | 3778-3782 | Such matter has been consensually resolved. |
| Informal objection by Twentieth Century Fox Film Corporation | | 3524 | Continued to March 19, 2019 at 11:00 AM (ET) |

| | |
|---|---|
| Dated: January 25, 2019<br>New York, NY | **WINSTON & STRAWN LLP**<br><br>By:  */s/ Carrie V. Hardman*<br>Justin E. Rawlins (admitted *pro hac vice*)<br>Daniel J. McGuire (admitted *pro hac vice*)<br>Carrie V. Hardman<br>200 Park Avenue<br>New York, NY 10166<br>Tel: (212) 294-6700<br>Fax: (212) 294-4700<br><br>*Counsel to the Debtors and Debtors in Possession* |

6